**ORIGINAL**

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 NOV 27 PM 2 05

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| ALDONIA MOSS,<br>for BRUCE MOSS,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL ACTION NO.: CV505-064 |

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In her Objections, Plaintiff contends that the Magistrate Judge seeks to affirm the Administrative Law Judge's ("ALJ") decision to deny Social Security Income benefits to her son by "simply saying that the Administrative Law Judge relied on statements of Bruce Moss's teachers." (Doc. No. 27.) Plaintiff contends that the substantial evidence provided by Bruce Moss' teachers does not support the ALJ's decision. Plaintiff also contends that the evidence in this case "clearly does not support" the Magistrate Judge's recommendation that the ALJ's decision be affirmed.

In determining that Bruce Moss should not be entitled to benefits, the ALJ reviewed more than the reports of Bruce Moss' teachers, as noted by the Magistrate Judge. The ALJ's determination that Bruce Moss was not entitled to benefits is supported by

substantial evidence, and the ALJ applied the appropriate legal standards in this case. Plaintiff appears to be asking this Court to reweigh the evidence presented to the ALJ; however, that is not the role of the Court in reviewing an ALJ's determination. See Dyer v. Barnhart, 395 F.3d 1206, 1210 (11th Cir. 2005) (stating that the reviewing court does not decide facts anew, reweigh the evidence, or substitute its judgment for that of the Commissioner).

The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. The decision of the Commissioner is **AFFIRMED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

SO ORDERED, this 27th day of November, 2006.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA